| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:20-cr-264-KJD-VCF-6 |
| ) | |
| Plaintiff, ) | |
| ) | FINDINGS OF FACT AND |
| v. ) | CONCLUSIONS OF LAW |
| ) | |
| ANNA BARRIOS, ) | |
| ) | |
| ) | (First Request) |
| Defendant. ) | |
| _____ ) | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Defendant is currently in custody and does not oppose to the continuance.

2. Counsel for Defendant has spoken to AUSA Sokolich and she has no objections to the continuance.

3. Defendant is currently in a program in Nevada Southern Detention Center and wants to complete the program.

4. Defendant has family issues and needs to be in Nevada Southern Detention Center to work them out.

///

///

**ORDER**

**IT IS ORDERED** that **SENTENCING** currently scheduled for July 20, 2021 at the hour of 9:00 a.m., be vacated and continued to this <u>2nd</u> day of <u>November</u>, 2021, at the hour of <u>11:30 a.m.</u> in Courtroom 4A.

DATED this <u>  11th  </u> of  June, 2021.

_____
KENT J. DAWSON, U.S. DISTRICT JUDGE